Penelope COBBINS, Respondent,

v.

Linn COBBINS, Appellant.

No. WD 59279.

Missouri Court of Appeals, Western District.

Nov. 13, 2001.

Motion for Transfer to Supreme Court Denied Dec. 26, 2001.

Les D. Wight II, Independence, MO, Attorney for Appellant.

Before SPINDEN, C.J.,
BRECKENRIDGE and HARDWICK, JJ.

## ORDER

PER CURIAM.

Linn Cobbins appeals the dissolution of his marriage to Penelope Cobbins. He claims the trial court erred in the division of marital property because it relied on evidence that was inadmissible or not properly admitted into evidence. He further claims the trial court improperly denied his attorney's motion to withdraw and his use of Penelope Cobbins' deposition testimony at trial. We affirm. Rule 84.16(b).